**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **NANCY KOENIG,** | ) | |
| | ) | |
| Plaintiff, | ) | **8:04CV486** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **CBIZ BENEFITS & INSURANCE SERVICES, INC.,** | ) | |
| | ) | |
| Defendant and Third Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **GARVEY & ASSOCIATES, INC.,** | ) | |
| | ) | |
| Third Party Defendant. | ) | |

This matter is before the Court on the motion for leave to withdraw of Torriano "Torry" N. Garland of Kutak Rock LLP (Filing No. 38) as counsel for the defendant CBIZ Benefits & Insurance Services, Inc. The defendant continues to be represented by counsel from the same law firm. The Court finds the movant has shown good cause for withdrawal as required under NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1. The motion for leave to withdraw of Torriano "Torry" N. Garland (Filing No. 38) as counsel for the defendant is granted.

2. The Clerk of Court shall stop all electronic notices to Torriano "Torry" N. Garland regarding this case.

DATED this 20th day of April, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge