## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **NANCY KOENIG,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV486 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **CBIZ BENEFITS & INSURANCE SERVICES, INC.,** | ) ) | |
| | ) | |
| Defendant and Third Party Plaintiff, | ) ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **GARVEY & ASSOCIATES, INC.,** | ) | |
| | ) | |
| Third Party Defendant. | ) | |

This matter is before the court on CBIZ Benefits & Insurance Services, Inc.'s Motion to Strike Subpoenas (Filing No. 68). The movant filed a return of service for three subpoenas on June 6, 2005, but now seeks to withdraw and strike the filings. Upon consideration,

**IT IS ORDERED:**

1. CBIZ Benefits & Insurance Services, Inc.'s Motion to Strike Subpoenas (Filing No. 68) granted.

2. The Clerk of Court shall strike Filing Nos. 63, 64 and 65 from the record.

DATED this 7th day of June, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge