IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NANCY KOENIG, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04cv486 |
| | ) | |
| v. | ) | |
| | ) | |
| CBIZ BENEFITS & INSURANCE SERVICES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The Clerk's Office has requested that Document Number 106 be stricken from the record for the following reason(s):

- Incomplete PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 106 from the record. The party is directed to re-file the document.

DATED this 14th day of October, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge