# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **NANCY KOENIG** | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV486 |
| | ) | |
| v. | ) | ORDER |
| **CBIZ BENEFITS & INSURANCE SERVICES, INC.,** | ) ) | |
| | ) | |
| Defendant/Third Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **GARVEY & ASSOCIATES, INC.,** | ) | |
| | ) | |
| Third Party Defendant. | ) | |

This matter is before the Court on the motion of CBIZ Benefits & Insurance Services, Inc.'s for an Extension of Deadlines for Disclosure of Expert Witnesses and Refutal (Filing No. 110). Upon consideration,

**IT IS ORDERED:**

1. CBIZ Benefits & Insurance Services, Inc.'s Motion for extension of expert witnesses and rebuttal disclosures deadlines is granted as set forth below.

2. The deadline for Defendant to disclose its expert witnesses is extended **to on or before November 30, 2005**.

3. The deadline for the rebuttal of expert witness is extended **to on or before January 16, 2006**.

Dated this 25th day of October, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge