### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NANCY KOENIG<br>        Plaintiff,<br>v.<br>CBIZ BENEFITS & INSURANCE<br>SERVICES, INC., a Missouri corporation,<br>        Defendant/Third Party<br>        Plaintiff,<br>v.<br><br>GARVEY & ASSOCIATES, INC.,<br>        Third Party Defendant. | Case No. 8:04CV486 |

## ORDER

The Court, having considered CBIZ Benefits & Insurance Services, Inc.'s Unopposed Motion for Extension of Time to File Reply to Plaintiff's Opposition to CBIZ's Motion for Summary Judgment [Doc #134] and for good cause shown, hereby grants CBIZ Benefits & Insurance Services, Inc.'s unopposed motion for extension of time to file reply to Plaintiff's opposition to CBIZ's motion for summary judgment. The deadline for Defendant's reply to Plaintiff's opposition to CBIZ's motion for summary judgment shall be extended up to and including fifteen (15) days to December 15, 2005.

**DATED: December 2, 2005**

                                                            s/ Joseph F. Bataillon
                                                            **Joseph F. Bataillon**
                                                            United States District Court Judge

4812-3791-0272.1