### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NANCY KOENIG<br>    Plaintiff,<br>v.<br>CBIZ BENEFITS & INSURANCE<br>SERVICES, INC., a Missouri corporation,<br>    Defendant/Third Party<br>    Plaintiff,<br>v.<br><br>GARVEY & ASSOCIATES, INC.,<br>    Third Party Defendant. | Case No. 8:04CV486 |

### ORDER

The Court, having considered CBIZ Benefits & Insurance Services, Inc.'s Unopposed Motion for Extension of Time to File Response to Plaintiff's Motion for Partial Summary Judgment [Doc #144] and for good cause shown, hereby grants CBIZ Benefits & Insurance Services, Inc.'s unopposed motion for extension of time to file its response brief to Plaintiff's motion for partial summary judgment. The deadline for Defendant's response to Plaintiff's motion for partial summary judgment shall be extended up to and including nine (9) days to January 6, 2006.

**DATED:  December 28, 2005**

                                                                **s/ Joseph F. Bataillon**
                                                                **United States District Court Judge**

4812-3791-0272.1