**In the UNITED STATES District Court**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| NANCY KOENIG | Case No. 8:04CV486 |
| Plaintiff, | |
| v. | |
| CBIZ BENEFITS & INSURANCE SERVICES, INC., a Missouri corporation, | |
| Defendant/Third Party Plaintiff, | |
| v. | |
| GARVEY & ASSOCIATES, INC., | |
| Third Party Defendant. | |

**<u>ORDER</u>**

The Court, having considered CBIZ Benefits & Insurance Services, Inc.'s Motion for Extension to Respond to Plaintiff's Motion in Limine [Doc. #176] and for good cause shown, hereby grants CBIZ Benefits & Insurance Services, Inc.'s motion.  The deadline for CBIZ Benefits & Insurance Services, Inc. to file its response to Plaintiff's Motion in Limine is hereby extended to April 18, 2006.

DATED this 13th day of April, 2006.

BY THE COURT:


s/Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE

4843-0637-8240.1