IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NANCY KOENIG | Case No. 8:04CV486 |
| Plaintiff, | |
| v. | |
| CBIZ BENEFITS & INSURANCE SERVICES, INC., a Missouri corporation, | |
| Defendant/Third Party Plaintiff, | |
| v. | |
| GARVEY & ASSOCIATES, INC., | |
| Third Party Defendant. | |

## ORDER

The Court, having considered CBIZ Benefits & Insurance Services, Inc.'s Third Motion for Extension to Respond to Plaintiff's Motion in Limine [Doc. #188] and for good cause shown, hereby grants CBIZ Benefits & Insurance Services, Inc.'s motion. The deadline for CBIZ Benefits & Insurance Services, Inc. to file its response to Plaintiff's Motion in Limine is hereby extended to May 30, 2006.

DATED this 11th day of May, 2006.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE