IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NANCY KOENIG, <br><br> Plaintiff, <br><br> v. <br><br> CBIZ BENEFITS & INSURANCE SERVICES, INC., a Missouri corporation, <br><br> Defendant/Third Party Plaintiff, <br><br> v. <br><br> GARVEY & ASSOCIATES, INC., <br><br> Third Party Defendant. | Case No. 8:04CV486 |

## ORDER OF DISMISSAL

The Court, having considered the joint stipulation for dismissal with prejudice [Doc. #214], hereby grants the stipulation and all claims and counterclaims asserted in this matter are dismissed, with prejudice, each party to pay its own costs and attorneys' fees.

Dated this 6th day of December, 2006.

s/ Joseph F. Bataillon
United States District Court Judge

4833-7022-6433.1