IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NANCY KOENIG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:04CV486 |
| v. ) | |
| ) | |
| CBIZ BENEFITS & INSURANCE ) | |
| SERVICES, INC., a Missouri ) | ORDER |
| corporation, ) | |
| ) | |
| Defendant/Third ) | |
| Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| GARVEY & ASSOCIATES, INC., ) | |
| ) | |
| Third Party ) | |
| Defendant. ) | |

This matter is before the court on plaintiff Nancy Koenig's joint stipulation to release the bond in the District Court of Douglas County, Nebraska, Filing No. 216. The court construes plaintiff's stipulation as a request that this court modify or dissolve the order from state court requiring the bond. *See* Filing No. 1, Attachment 1, pg. 25. As this case has settled, pursuant to 28 U.S.C. § 1450, the court dissolves the state court order requiring posting of the bond.

DATED this 9th day of January, 2007.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge